|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| DAMON R. JOHNSON, | | Case No. 2:21-cv-00694-JAD-BNW |
| | Plaintiff, | **ORDER** |
| v. | | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | | |
| | Defendants. | |

## I. DISCUSSION

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. On April 26, 2021, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). On April 30, 2021, this Court denied the Plaintiff's application without prejudice because the application was incomplete and directed Plaintiff to file a new fully complete application on or before June 28, 2021. (ECF No. 3). Thereafter, on May 10, 2021, this Court received a notice of returned mail. (ECF No. 4). On May 17, 2021, Plaintiff filed a notice of change of address. (ECF No. 5). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **June 28, 2021** or pay the full filing fee of $402. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **June 28, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner; or (2)

pay the full filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* by a <u>non-prisoner</u> or pays the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED: May 19, 2021.

_____
UNITED STATES MAGISTRATE JUDGE